**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** | Category No. **II** | Investigating Agency | **DEA** |
| **City** Dorchester | Related Case Information: | | |
| **County** Norfolk | Superseding Ind./ Inf. | | Case No. |
| | Same Defendant | | New Defendant |
| | Magistrate Judge Case Number | | 21-6584-MPK |
| | Search Warrant Case Number | | 21-6585-86-MPK |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: John DOE a.k.a. an individual with the initials L.M    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name:

Address: (City & State)

Birth date (Yr only): 1975   SSN (last4#): 5479   Sex ___  Race: ___   Nationality: ___

**Defense Counsel if known:**      Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Jared Dolan      Bar Number if applicable

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect:  Spanish

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/15/2021    Signature of AUSA: *Jared C. Dolan*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John DOE a.k.a. an individual with the initials L.M

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 10 grams or more of a fentanyl analog | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Additional related MJ numbers: 21-6486-MPK, 21-6436-MPK, 21-6437-MPK, 21-6434-MPK, 21-6435-MPK